1

JS-6

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10

11 BILL DAWSON and ) Case No.  CV12-07950-R (FFMx)
DANIELLE GOOD DAWSON )
12 )
) *Honorable Judge Manuel L. Real*
13 Plaintiffs, )
)
14 vs. ) **JUDGMENT OF DISMISSAL**
) **WITH PREJUDICE**
15 U.S. BANK NATIONAL )
16 ASSOCIATION, a corporation; WELLS)
FARGO BANK, NA., a corporation; )
17 FIRST AMERICAN LOANSTAR ) **Hearing Date**
18 SERVICES, LLC, a limited liability ) Date:      February 19, 2013
company; and DOES 1-10, Inclusive, ) Time:      10:00 a.m.
19 ) Ctrm.:      8 (Spring Street)
20 )
Defendants. )
21 )
)
22 )

23       On February 19, 2013, the Motion to Dismiss of Defendants, U.S. BANK,

24 NATIONAL   ASSOCIATION,   AS   TRUSTEE   FOR   CMLTI-WFHE4

25 (erroneously sued as U.S. BANK NATIONAL ASSOCIATION, a corporation)

26 and WELLS FARGO BANK, N.A. (erroneously sued as WELLS FARGO

27 BANK, N.A., a corporation) (collectively "Defendants"), to the First Amended

28 Complaint of Plaintiffs, BILL DAWSON and DANIELLE GOOD DAWSON

1

[PROPOSED] JUDGMENT OF DISMISSAL WITH PREJUDICE

1 | (collectively "Plaintiffs"), came before the Honorable Manuel L. Real. This Court
2 | having granted Defendants' Motion to Dismiss, and ordered that the entire action
3 | be dismissed with prejudice, hereby enters judgment as follows:

4 | **IT IS SO ORDERED AND ADJUDGED** that a Judgment of Dismissal
5 | with Prejudice is entered in favor of Defendants, U.S. BANK, NATIONAL
6 | ASSOCIATION, AS TRUSTEE FOR CMLTI-WFHE4 and WELLS FARGO
7 | BANK, N.A. and against Plaintiffs, BILL DAWSON and DANIELLE GOOD
8 | DAWSON.

10 | **IT IS SO ORDERED.**

12 | Dated: February 22, 2013

Honorable Manuel L. Real
Judge of the District Court

[PROPOSED] JUDGMENT OF DISMISSAL WITH PREJUDICE